IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 0:10-225-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BHARRAT STEVEN PARDASSEE | ) | |
| _____ | ) | |

The defendant having filed a motion pursuant to 28 U.S.C. § 2255 alleging ineffective assistance of counsel, the court hereby determines that the attorney-client privilege has been waived in this case. For this reason, defendant's former attorneys, James W. Bannister, Sr. and James W. Bannister, Jr. are authorized to submit an affidavit in response to the allegations set out in the § 2255 motion. Any such affidavits should be provided to the government no later than 30 days from the date of this order.

Because of these developments, it is necessary to extend the government's response date. The government shall file a responsive memorandum no later than 60 days from the date of this order.

IT IS SO ORDERED.

May 15, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge