IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 0:10-225-JFA |
|---|---|---|
| v. | ) | ORDER |
| MARLOS O'BRIAN STEVENSON | ) | |
| _____ | ) | |

The government has now filed a motion for a reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. Specifically, the government suggests that the defendant has provided unrewarded substantial assistance in the investigation and prosecution of other individuals and that this assistance conforms to the guidelines and policy statements of the United States Sentencing Commission pursuant to 28 U.S.C. § 994. In connection with its motion, the government recommends a 24-month reduction from the defendant's amended sentence imposed on December 9, 2011.

Consistent with its standard practice, this court advised the defendant that the government's motion to reduce his sentence had been filed and invited him to provide information that the court might consider in determining the extent of the departure. The defendant did not respond.

After carefully reviewing the materials submitted by the government, this court is of the opinion that a reduction of 24 months is appropriate in this case.

The defendant was originally sentenced on June 29, 2011 to a term of imprisonment of 108 months. On December 9, 2011, the court granted the government's first motion under

Rule 35 and reduced the defendant's sentence to 64 months. Applying a 24-month reduction to his present sentence of 64 months, his new term of incarceration would be 40 months.

Accordingly, the government's motion for a reduction of sentence (ECF No. 265) is hereby granted. The custodial portion of the defendant's sentence is hereby reduced to a term of 40 months. All other aspects of the original sentence remain in full force.

IT IS SO ORDERED.

August 15, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge